IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL N. BEATON,

     Plaintiff,                                CIV S-07-1321 MCE EFB PS

     vs.

CHASE HOME FINANCE LLC,           <u>ORDER</u>

     Defendant.

_____/

     On August 13, 2007, plaintiff filed a document explaining his inability to attend the hearing scheduled for August 29, 2007, on defendant's motion to dismiss, or alternatively for a more definite statement. The court construes plaintiff's request as one to take the matter under submission pursuant to Local Rule 78-230(h). Defendant has not opposed the request. Having reviewed the submitted briefing on the motion and plaintiff's opposition thereto, the court finds this matter suitable for submission without oral argument. Upon defendant's filing of a reply brief, if any, by August 22, 2007, the matter will be deemed submitted. *See* E.D. Cal. L.R. 78-230(d), (h). Accordingly, the hearing previously scheduled for August 29, 2007, is vacated.

     SO ORDERED.

DATED: August 21, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE